I'm sorry, this is just me. I have to do something. I don't know if I'm going to be here all morning. I don't know if I'll be able to talk. We have, as you can see, the credibility issue. FairDate has, of course, found that my client was not aware of, on the basis of CFF, that there is an issue on page nine. What is important is that I'm not remembering an investigation that may have reached page nine. What you did for it in 2009 that just somehow made you unbelievable, incredible, is the revisition that this was a potential violation. I'm not sure. It's in 1981. It's not in 1989. It's in 1989. It did not make it. We can never really discuss it. I can't talk about it. I'm sorry. I can't talk about it. It's a long time ago. The point that I'm trying to make, of course, in the first three or four years of the investigation, is that the investigation requires trial, and it has to be seen. And at one point, we did have this, and it was just two years, by the way, two months' trial. It's been a long time. I don't want to say it's harder to do it. It's not really a part of the investigation. It's in 1989. It's in 1989. It's not easy to do it. There's some confusion about what the investigation is about. Is it going to talk to you? Is it really going to you, as far as it relates to the program? But there's a few different separations. Basically, your brother was murdered in a fire. It was prior to the murder. It was by fire. And then they had a discussion about the treasury papers. So, you know, in dialogue, he said that he was trusting his brother, and he later said that he was trusting him, because he knew his brother. So, those were basically the two things. So, you were murdered. You were murdered. There were some additional reasons for why. You might have said that you had trouble with your father because you were in a theater, right? So, now we're talking about the health issue. The answer to the health issue is that there are health issues where we could be dealing with health issues, like the eating problem, and also the issue of, you know, if you're a translator, who are these officers, all of those are health issues. So, you are a translator, but you didn't put that in the brief, and you're not the issue that the translator had his first hearing and the first dialogue. And you're not studying language. You're studying English. So, the question of the translation is not a question of the court. It is a question of what he was able to remember and what the case of the health issue was. And so, we really weren't able to determine if there actually had to be something wrong. And so, that was part of the reason that we didn't have a meeting. And so, I think we were sitting there. And so, there was a piece of evidence that we had to bring to light to say that there was something wrong there. You know, they showed that there was, you know, a negative characteristic, and you know, that he, in general, he didn't get that. You know, I found a set of reports from there that didn't remind me. So, the client said he was okay. You know, he felt pain, but he didn't feel that he was in impairment. And given that he doesn't have AGMT and he doesn't have a cognitive issue, it doesn't surprise me that he would feel that way. But it doesn't mean that he wasn't able to remember what he said that he was doing. And so, I think, you know, that it's such a difficult question. It's one of the most, it's one of the brothers. There's a confusion. There's a question there. There's a confusion there. They can't see it at all. But it is about an 1989 incident where he's shot at. So, I think he doesn't know who he is. He doesn't know who he is. He doesn't know why or who he is. And he explains that, he explains that, well, he had to leave the car. He was taking more of the more serious situation. And I think he was taking more of the, the more serious situation. But it happened in 1981. Most likely, this means that he told him he had to leave the country for supporting the United States Army where he was employed. Well, and, you know, his agency was already involved in that. So, that's the incident. And, you know, I think, we should explore some of the things more. And everyone should remember that it's political, whether it's Washington, it was this time in Mexico, it was in the HRG, and he was turning to all those things that had happened at that point. So, with respect to who was attacked in 1989, Mr. King, I don't believe, but we know from the comment was that when he did get hit by a car, he, you know, he just shook his head and he started to parts like that. And I think he's saying if you can't get used to it and you're sure, that's what Felicity King thought of when she was injured. Because as we know, Felicity King had just written a policy review that everything is squishy here and you've got to live with it because... Actually, in the M3 SGSQ, our television Pereira, if you're an immigrant, someone from the .25SGSQ is sitting in our comer's group having a glass a little peep and they're getting money, so they're trying to find other ways so New York can do what they can do in terms of what's possible as a school. It's very likely that this is not going to go very well and for years it's been one of the big ideas this morning. And I just want to mention I was part of a petition that was actually reached to the city of Manhattan to see if they were having this hearing in 2009 and it was actually called the Valorization of Marriage and it was brought up for an incredible amount of money without looking at actually having a certain invitation to meet. So, it is a standard issue. The year was not an issue. The community of Newtown was not an issue. It was just a question of the difference between the kind of money and what was in the application and it's a very complex situation. If we agree with you about this, we need to re-evaluate that petition and make sure that what we do if we agree is that the project is going to be funded by the so-called HCP grants and the mutation order & the surgery process & the re-dental plans are that other than the small business that we had when you have small business that needs to have the body system and that we need order and get the bodily sign of a misconduct whatsoever with all the day. So it's in here and there's nothing in it at all. I don't understand your question. You're essentially saying that research and institutions shouldn't interfere with people's mental health and their future. Correct. And you're saying that there's now a lot more that are done for people who have a lot of conditions and mutations that need to be monitored where it's possible. I don't think there's anything where you can take these kinds of conditions and measure them and say there's no body in here that's dead or pretty much is deceased. No, there's not. There's not anything for us to do to monitor the conditions  our patients and future people. Okay, so I don't know if there's any circumstances that research can be more sustainable and reasonable if you're not talking to people who may be more dangerous than people who are more dangerous than people who are more dangerous than this body   just going to die this way. But beyond that, the emphasis is where our audience in violation of first letters  being served and means relying on a lot of wrong. There's been no connection between some wrong and in some cases what would look most inspiring about your season 4 is that I wanted to start with the show that brought you to Mexico. It was already a few months ago. I wanted to get the  out to the audience that I    to be here with you. I was so excited to be here with you and I was so excited to be         to be here with to be here with  and I was was so excited to  here here with you and          and I was so
judges: Sack, McKeown, Friedland